■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ONEICK A. BROWN, Appellant. [46 NYS3d 808]—Appeal by the de-

fendant from a judgment of the Supreme Court, Nassau County (Harrington, J.), rendered June 25, 2015, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that he should be afforded the opportunity to move for leave to withdraw his plea of guilty because he did not receive the sentence that had been promised is unpreserved for appellate review because the defendant did not move for leave to withdraw his plea of guilty on that basis (*see People v Collier*, 71 AD3d 909, 911 [2010]). In any event, the defendant's contention is without merit.

Contrary to the defendant's contention, there is no basis in the record to conclude that he received ineffective assistance of counsel. Chambers, J.P., Austin, Hinds-Radix and Barros, JJ., concur.